IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RODNEY NOCKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-59-SLR |
| | ) |
| MICHAEL J. ASTRUE | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 7th day of February, 2008,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED

_____
United States District Judge