IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RODNEY NOCKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-59-SLR |
| | ) |
| MICHAEL ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 29th day of August, 2008, a transcript of administrative proceedings in this action having been filed on August 11, 2008(D.I. 14);

IT IS ORDERED that the parties shall file motions for summary judgment on or before **October 29, 2008**. Responses shall be filed on or before **December 1, 2008**. Reply briefs may be filed on or before **December 15, 2008**.

_____
United States District Judge